# Exhibit A

## SETTLEMENT CHECKLIST/TERM SHEET

CASE NAME: __Nguyen__ vs. __Patek et al__

CASE NO. __14 cv 1503__   DATE: __1/23/2015__

A.  **PAYMENT OF MONEY**  *req'd by*
   1. To: **Plaintiff**   From: **Defendant**
   2. Total amount to be paid: $ __6,500__
   3. When: __payment to be made within 30 days of entry of Consent decree__
   4. Payment terms (*e.g., to whom checks will be written, number of payments, payment schedule, etc.*): __payment is to be made payable to pls & pls' counsel__

   5. Does payment include attorney's fees? (Yes) or No
   6. Any third party liens to be paid from proceeds? Yes or (No)
      a. If yes, to whom: _____
   7. Tax Treatment (*e.g., W-2, 1099*): __N/A__

B.  **SELECT A RELEASE OPTION**

   ☒ Release (*relinquishment of a right*)      OR     ☐ Covenant Not to Sue (*agreement not to sue*)

   | | |
   |---|---|
   | **Choose one of the following:**<br>a. One Way From Plaintiff(s) to Defendant(s), or<br>(b. Mutual)<br><br>**Scope of Release :**<br>a. General Release<br>  (1.) All claims raised in the litigation, or<br>  2. All existing claims, whether or not raised in the litigation.<br>OR<br>b. Limited Release: _____ | **Scope of Covenant Not To Sue :**<br>_____<br><br>**Exceptions to Covenant Not to Sue:**<br>_____<br><br>**Other Covenant Not to Sue Terms:**<br>_____ |

C. **CONFIDENTIALITY**

   1. Settlement agreement to be confidential: Yes or (No)

   2. Mutual: Yes or No

~~3. What can be said about litigation?~~

      a. Dispute amicably resolved, or
      b. Other: _____

   4. Exceptions to confidentiality?

      a. Attorneys
      b. Tax advisors
      c. Immediate family
      d. As otherwise required by law
      e. Other: _____

~~5. Liquidated damages in event of breach of confidentiality agreement: Yes or No~~

      a. Amount (*Not too large to avoid being a penalty, e.g., no more than 5-10% of total settlement*): $_____

D. **OTHER SETTLEMENT TERMS**

   1. No admission of liability.

-- No Plaintiffs shall go onto Defendants' property

   2. -- No Defendant shall go onto Plaintiffs' property

-- No Plaintiff shall communicate with, gesture at, or blow a horn at any Defendant.

-- No Defendant shall communicate with, gesture at, or blow a horn at any Plaintiff

-- Defendants and Plaintiffs shall remove signs from their respective properties with the exception of "For Sale" signs relating to their own property.

E. **EMPLOYMENT CASES ONLY** — If any party believes this order is violated, they would file a petition, which would trigger a referral to CCR mediation.

   1. Ability to reapply: Yes or No

   2. Type of reference: _____

— If parties cannot resolve the dispute before CCR Mediation, the complaining party shall inform the Crt & the Crt will issue a Rule to Show Cause why Party should not

F. **EFFECTIVE DATE**

(1.) A binding agreement today; or

2. No binding agreement until the typed settlement agreement is signed.
   (*Only select in instances where parties need to negotiate additional terms or obtain further approval.*)

G. **CONFIRMING AND DOCUMENTING SETTLEMENT**

1. Do parties wish to place settlement terms on the record? Yes or (No) (M.C.)
2. Settlement terms to be incorporated in a typed ~~written~~ Consent decree agreement? (Yes) or No
   a. Typed ~~agreement~~ Consent decree to be prepared by __Pl.__

   and sent to other parties on or before __1/30/15__

   b. Other parties to respond with changes, if any, by __2/6/15__

3. Typed ~~settlement~~ Consent decree ~~agreement~~ to be executed on or before __2/13/15 to be filed/sent to Court's proposed order box via email.__
4. Will ~~settlement~~ Consent decree ~~agreement~~ be filed in court? (Yes) or No
5. Other terms regarding documenting settlement:_____

H. **DISMISSAL OF LITIGATION AND ENFORCEMENT OF AGREEMENT** (Circle one):

(1.) Immediate dismissal without prejudice upon entry of consent decree that automatically converts to a dismissal with prejudice on __2/13/18__ unless prior to that date a party files a motion to reinstate, a motion to enforce the parties' settlement agreement, or a motion for additional time to file a motion to reinstate or a motion to enforce the settlement agreement. ~~(Court cannot enforce agreement after dismissal with prejudice is entered.)~~ Consent decree

(*Recommended in the Seventh Circuit where parties desire Court to retain jurisdiction until all settlement terms are fulfilled.*)

2. Dismissal with prejudice to be entered on _____. (Court cannot enforce agreement after that date. Choose date that allows sufficient time to execute written agreement and fulfill obligations or set a status date for presentation of an agreed order of dismissal.)

3

    3. **Dismissal with prejudice and parties agree in the dismissal order that the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through** ___01-23-18___ .  *Consent decree*

    *(Recommended for all Circuits other than the Seventh Circuit. See* Kokkonen v. Guardian Life Insurance Company of America, *511 U.S. 375, 381-82 (1994).)*

I.    **DO PARTIES CONSENT TO MAGISTRATE JUDGE JURISDICTION?** (Yes) or No

J.    **DO PARTY REPRESENTATIVES HAVE FULL AUTHORITY TO ENTER INTO SETTLEMENT AGREEMENT?** (Yes) or No

    **Print name, title, and identity of party:**

    _____
    _____
    _____

    **Signatures of all party representatives:**

    */s/ Joanie Rae Wimmer*      */s/ Mar[...]*

K.    **NEXT COURT DATE TO REPORT ON SETTLEMENT (if needed):** _____