IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DUNG NGUYEN and LINH NGUYEN, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 14 cv 01503 |
| | ) | |
| vs. | ) | |
| | ) | |
| MARY ALICE STROUD PATEK, JOHN PATEK, and GARRICK J. STROUD, | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

## CONSENT DECREE

### I. Factual Background

The Plaintiffs, DUNG NGUYEN and LINH NGUYEN, filed this action against the Defendants, MARY ALICE STROUD PATEK, JOHN PATEK, and GARRICK J. STROUD. Plaintiffs' First Amended Complaint consists of two counts. Count I was brought on behalf of both Plaintiffs and against all of the Defendants and sets forth a claim under 42 U.S.C. §1982. Count II was brought by both Plaintiffs against all Defendants and sets forth a claim under 42 U.S.C. §§3604 and 3617.

The Defendants moved to dismiss the Plaintiffs' First Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(6). The matter was briefed, and on October 16, 2014, the Hon. Gary Feinerman entered a Memorandum Opinion and Order which denied the Defendants' motion to dismiss.

The Defendants' then filed an Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint. In their answer, the Defendants denied material allegations in Plaintiffs' First Amended Complaint.

1

On January 23, 2015, a settlement conference was held. The conference was attended by both Plaintiffs, in person and by counsel, and all Defendants, in person and by counsel. As a result of the settlement conference, the parties have agreed that, in order to avoid protracted and costly litigation, the controversies should be resolved without further litigation. Therefore, without a trial or adjudication of any of the facts alleged in the pleadings, the parties consent to the entry of this Consent Decree. The parties further agree that their settlement agreement, including the Consent Decree and any payment of settlement proceeds shall in no way be construed as an admission of liability by any Defendant and any such liability is expressly denied.

**II. Monetary and Injunctive Relief.**

On or before the thirtieth day following the entry of this Consent Decree, the Defendants shall pay to the Plaintiffs and their attorney the sum of $6,500.00 by certified check, cashier's check or attorney/client escrow check made payable to "Dung Nguyen and Linh Nguyen, and their attorney, Joanie Rae Wimmer," and mailed to Ms. Joanie Rae Wimmer, Attorney at Law, 928 Warren Avenue, Downers Grove, Illinois 60515.

From the date of the entry of this decree until January 23, 2018, the parties to this case are enjoined as follows:

- A. No Plaintiff shall go onto the Defendants' property at 5431 South Eighth Avenue, Countryside, Illinois 60525.
- B. No Defendant shall go onto the Plaintiffs' property at 5433 South Eighth Avenue, Countryside, Illinois 60525.
- C. No Plaintiff shall communicate with, gesture at, or blow a horn at any Defendant.
- D. No Defendant shall communicate with, gesture at, or blow a horn at any Plaintiff.

2

  E. The Defendants and the Plaintiffs shall remove signs from their respective properties with the exception of "For Sale" signs relating to their own property.

**III. Enforcement.**

If any party believes that the requirements of this Consent Decree have been violated, he or she may file a petition for rule to show cause, which will trigger a referral to mediation with the Center for Conflict Resolution ("CCR"), 11 East Adams Street, Suite 500, Chicago, Illinois 60603. If the matter is not resolved by mediation with the CCR, the complaining party shall inform the Court, and the petition for rule to show cause shall be litigated before the Court. In the event the Court is required to rule upon the petition and said petition is denied by the Court, the party filing said petition will be responsible for the other parties' reasonable attorneys' fees and costs in responding to the petition for rule to show cause.

**IV. Releases and Dismissal.**

The parties have consented to the entry of this Consent Decree as indicated by the signatures of their counsel below. This Consent Decree is effective immediately upon its entry by the Court.

The parties agree that the United States District Court for the Northern District of Illinois shall retain jurisdiction for the duration of this Consent Decree (until January 23, 2018) to enforce the terms of this Consent Decree, after which time the case shall be dismissed with prejudice.

The parties shall execute the Mutual Releases set forth on Appendix A hereto, and such releases are effective immediately upon the entry of this Consent Decree.

Ordered this  25  day of  March , 2015.

_____
Magistrate Judge Susan E. Cox

Consenting to the entry of this
Consent Decree for all Plaintiffs:    _____
Joanie Rae Wimmer

Consenting to the entry of this
Consent Decree for all Defendants    _____
Brett Adam Kaufman

4

# APPENDIX A

## MUTUAL RELEASE

In consideration of the mutual undertakings set forth in the Consent Decree entered in the United States District Court, Northern District of Illinois, Eastern Division in Dung Nguyen, et al. v. Mary Alice Stroud Patek, et al., Case No. 1:14-cv-01503 (hereinafter said case shall be referred to as "the Litigation"), each of the Plaintiffs, Dung Nguyen and Linh Nguyen, on behalf of themselves and their heirs, successors, and assigns, does hereby release and forever discharge each of the Defendants, Mary Alice Stroud Patek, John Patek, and Garrick J. Stroud, of and from all claims, demands and/or causes of action raised in the Litigation and all claims, demands and/or causes of action which could have been based on the allegations pleaded in the Plaintiffs' First Amended Complaint, and each of the Defendants, Mary Alice Stroud Patek, John Patek, and Garrick J. Stroud, does hereby release and forever discharge each of the Plaintiffs, Dung Nguyen and Linh Nguyen, of and from all claims, demands and/or causes of action raised in the litigation and all claims, demands and/or causes of action that could have been based on the allegations pleaded in the Plaintiffs' First Amended Complaint.

Date: 03 - 16 - 2015
_____
Dung Nguyen

Date: 3 - 16 - 2015
_____
Linh Nguyen

Date: 3-18-15
_____
Mary Alice Stroud Patek

Date: 3-18-15
_____
John Patek

Date: 3-18-15
_____
Garrick J. Stroud